NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PGT INDUSTRIES, INC., a Florida corporation,

   Petitioner,

v.

             Case No. 2D19-460

LUANN TURCO; JOHN TURCO; QUAIL WEST HOLDINGS, LLC, a Florida Limited Liability Company; STOCK DEVELOPMENT, LLC, a Florida Limited Liability Company; STOCK CONSTRUCTION, LLC, a Florida Limited Liability Company; ISON BROTHERS POOLS, LLC, a Florida Limited Liability Company; CRONIN ENGINEERING, INC., a Florida corporation; HORNERXPRESS – SOUTH FLORIDA, INC., a Florida corporation; KRIS A. SLOSSER, individually; TIBBETTS LUMBER CO. LLC, a Florida Limited Liability Company; USA GRADING, INC., a Florida corporation; CAPE CORAL PLUMBING, INC., a Florida corporation; HULETT ENVIRONMENTAL SERVICES, INC., a Florida corporation; STRUCTURAL BUILDING COMPONENTS LLC, a Florida Limited Liability Company; DALY CONSTRUCTION OF SW FLORIDA, INC., a Florida corporation; GREEN STRUCTURES OF SWFL INC.; CROWN ROOFING LLC, a Florida Limited Liability Company; BAHAMA GLASS & WINDOW, INC., a Florida corporation; FERRELLGAS, INC.; J & D

HEATING AND AIR CONDITIONING, )
INC., a Florida corporation; VITEX )
SYSTEMS, LLC, a Florida Limited )
Liability Company; UNITED )
SUBCONTRACTORS, INC., D/B/A )
NCR/WEST COAST INSULATION, )
INC., a Florida corporation; KCI )
ARCHITECTURAL ELEMENTS, INC., )
a Florida corporation; EUROPEAN )
PAVERS, L.L.C., a Florida Limited )
Liability Company; STAHLMAN )
LANDSCAPE COMPANY, a Florida )
corporation; SOUTH FLORIDA DESIGN )
INC., a Florida corporation; SERENITY )
POOL & SPA, LLC, a Florida Limited )
Liability Company; and BRIAN STOCK, )
individually, )
)
        Respondents. )
_____)

Opinion filed October 18, 2019.

Petition for Writ of Certiorari to the
Circuit Court for Collier County; Lauren L.
Brodie, Judge.

Duane A. Daiker, Daniel J. DeLeo, and
Brett M. Henson, of Shumaker, Loop &
Kendrick, LLP, Sarasota, for Petitioner.

Brett J. Moritz, Adam P. Handfinder,
Freddy X. Munoz, and Nathalie N.
Vergoulias of Peckar & Abramson,
P.C., Miami, for Respondents Luann
Turco and John Turco.

No appearance for remaining
Respondents.

PER CURIAM.

        Dismissed.

LaROSE and SALARIO, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE, Concur.